BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**RAVI SINHA, LASB #30823**
Assistant United States Attorney
Ravi.Sinha@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:17-MJ-00024** |
| **v.** | **GOVERNMENT'S UNOPPOSED MOTION TO DISMISS CRIMINAL COMPLAINT** |
| **STEVEN GABRIEL MOOS,** | |
| **Defendant.** | |

The United States of America, by Billy J. Williams, United States Attorney for the

District of Oregon, and through Ravi Sinha, Assistant United States Attorney, pursuant to

Federal Rules of Criminal Procedure Rule 48(a), respectfully seeks leave of the Court to dismiss

without prejudice the Criminal Complaint (ECF No. 1) in the above-captioned case.

The government therefore respectfully requests the Criminal Complaint be dismissed

without prejudice.

/ / / /

/ / /

/ / /

Dated this 4th day of October 2017.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney


*s/ Ravi Sinha*
RAVI SINHA, LASB #30823
Assistant United States Attorney
(503)-727-1000