UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-MJ-00024 |
| v. | |
| STEVEN GABRIEL MOOS, | ORDER DISMISSING CRIMINAL COMPLAINT |
| Defendant. | |

Based on the Motion of the United States, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Criminal Complaint filed on March 15, 2017, in the above-captioned case is dismissed without prejudice.

Dated this 4th day of October, 2017.

PAUL J. PAPAK
U.S. Magistrate Judge

Presented By:
BILLY J. WILLIAMS, OSB #901366
United States Attorney

*s/ Ravi Sinha*
RAVI SINHA, LASB #30823
Assistant United States Attorney
(503)-727-1000